UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>M. JAY HEROD,<br>KENNETH STROMSLAND<br><br>Defendant | CRIMINAL No. 1:18-cr-10154-DPW-2 |

GOVERNMENT'S ASSENTED-TO MOTION TO FILE ITS
SENTENCING SUBMISSIONS UNDER SEAL

The United States hereby moves, pursuant to Local Rule 7.2, for leave to file its Sentencing submissions under seal. The United States' Sentencing Memorandum and Attachments include references to sensitive issues that should be protected from public disclosure. Defendants Herod and Stromsland have assented to this Motion to file these submission under seal.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ Sara Miron Bloom
SARA MIRON BLOOM
LESLIE WRIGHT
Assistant United States Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3265

Dated: February 12, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ *Sara Miron Bloom*
                                                Sara Miron Bloom
                                                Assistant United States Attorney

Date: February 12, 2020