UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAY M. HEROD,<br><br>    Defendant | CRIMINAL No. 1:18-cr-10154-DPW |

JOINT MOTION TO DEFER HEROD'S REPORT DATE FOR 60 DAYS AND
TO SET BRIEFING SCHEDULE.

The United States and the defendant Jay M. Herod hereby jointly move to defer this defendant's report date for 60 days from the currently scheduled report date to FMC-Devens on May 15, 2020.

In addition, the parties propose the following briefing schedule for the defendant's Motion to Alter the Judgement to Home Confinement (the Motion):  Defendant Herod will endeavor to file any supplement to the Motion by May 11.  The Government will file its response to the Motion by May 18 and Defendant's reply will be due on May 22.  The parties will also confer in mid-June as to whether an additional deferral is appropriate.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ *Sara Miron Bloom*
SARA MIRON BLOOM
Assistant United States Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3265

JAY M. HEROD

By: *Leonard Milligan*
LEONARD MILLIGAN
Counsel for Jay M. Herod


Dated: May 5, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ *Sara Miron Bloom*
                                        Sara Miron Bloom
                                        Assistant United States Attorney

Date: May 5, 2020

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:18-cr-10154-DPW-1 |
| v. ) | |
| ) | |
| ) | |
| FRANCIS M. REYNOLDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

AND NOW, this day of February,     2020, upon consideration of government's assented-to motion to file certain attachments to its sentencing memorandum under seal and for good cause having been shown, it is hereby **ORDERED** that United States' Assented to Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that on February    , 2020, the United States may file under seal its Sentencing Memorandum attachments.

                                          **BY THE COURT:**

                                          **Woodlock, J.**